JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FERNANDO GASTELUM,                    )   Case No. CV 26-5037 FMO (RAOx)
                                      )
                    Plaintiff,        )
                                      )
        v.                            )   **JUDGMENT**
                                      )
INVESTEL TWO LLC,                     )
                                      )
                    Defendant.        )

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 22nd day of June, 2026.

                                    /s/
                            Fernando M. Olguin
                        United States District Judge